IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:14cr15-MW/GRJ

JOSEPH MICHAEL DIAZ,

    Defendant/Petitioner.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 68, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 72. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion by a Person in Federal Custody to Set Aside/Vacate a Sentence of Imprisonment Pursuant to 28 U.S.C. § 2255, ECF No. 58, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 7, 2018.**

                                        s/Mark E. Walker           ____
                                        **Chief United States District Judge**